PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bobseus Williams  **Docket Number:** 00-00209-001
                                        **PACTS Number:** 25320

**Name of Sentencing Judicial Officer:** Honorable Harold A. Ackerman

**Date of Original Sentence:** 08/03/2000

**Original Offense:** Immigration Laws, Illegal Re-Entry (8 U.S.C. § 1326(a))

**Original Sentence:** 96 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** Tolled

**Assistant U.S. Attorney:** Gail Zweig, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John Yauch, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**'
|  | On September 22, 2006, the offender was released from the Federal Bureau of Prisons and transferred to the custody of New Jersey State Department of Corrections due to an outstanding New Jersey conviction. He was then transferred to the Essex County Jail on October 3, 2006, to resolve two Municipal warrants in Irvington and Newark. On October 17, 2006, the offender was illegally released from the Essex County Jail and his whereabouts are currently unknown. |

PROB 12C - Page 2
Bobseus Williams

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: April 20, 2009

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/29/09
_____
Date